**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**                       **NO. 4:15-CR-00274-DPM-1**

**RODNEY LAMONT SANDERS**                                          **DEFENDANT**

**<u>ORDER</u>**

On November 24, 2015, Assistant Federal Public Defender Lisa Peters was appointed by the Court to represent defendant Rodney Lamont Sanders, following the filing of an Indictment and in anticipation of Mr. Sanders' appearance for plea and arraignment.

On March 29, 2016, Attorney Peters filed a motion for order to be relieved, citing a conflict of interest with the Office of the Federal Public Defender. Accordingly, she and the Federal Public Defender's Office are relieved of representation of Mr. Sanders. Attorney J. Blake Hendrix is hereby appointed as counsel for Mr. Sanders. The Clerk's office is directed to substitute J. Blake Hendrix for Lisa Peters as counsel for Mr. Sanders.

IT IS SO ORDERED this 31st day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE