IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

UNITED STATES                                                                                          PLAINTIFF

V.                                    NO. 4:15CR00274 DPM

RODNEY LAMONT SANDERS                                                                 DEFENDANT

### ORDER

Pending before the Court is the Government's Motion for Revocation of Release and for Summons (Doc. 18). For good cause shown, the request for issuance of summons is GRANTED. The Clerk is directed to issue summons to defendant Rodney Lamont Sanders for appearance at a hearing before Magistrate Judge Patricia S. Harris on April 8, 2016, at 2:00 p.m. to show cause why his release should not be revoked.

IT IS SO ORDERED this 1st day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE