IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                      No. 4:15-cr-274-DPM

RODNEY LAMONT SANDERS                      DEFENDANT
Reg. No. 29851-009

ORDER

1. Sanders moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the ongoing COVID-19 pandemic and the risk it presents to his health if he contracts the virus. *Doc. 77*. The first and dispositive issue is exhaustion. 18 U.S.C. § 3582(c)(1)(A). The Warden of FMC Lexington denied Sanders's request for early release to home confinement. *Doc. 77 at 3*. As the United States notes, though, home confinement and compassionate release are different; and there's no indication that Sanders has requested that the Bureau of Prisons file a compassionate release motion on his behalf or that he's exhausted his administrative rights to appeal a denial of that request. 28 C.F.R. §§ 571.63 & 542.15.

This Court has concluded that unless a warden fails to timely respond to a compassionate release request, an inmate must fully exhaust his administrative remedies before filing a motion in the district court. *United States v. Cox*, Doc. 197 in E.D. Ark. No. 4:98-cr-73-

DPM (8 September 2020). Further, this exhaustion requirement is jurisdictional and can't be waived. *Ibid.* Sanders's motion, Doc. 77, is therefore denied without prejudice for lack of jurisdiction.

**2.** The Court directs the Clerk to send Sanders a copy of the Court's *Cox* opinion with this Order.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 November 2020